| | |
|---|---|
| | Honorable David G. Estudillo |

Timothy Coleman, WSBA No. 43482
tcoleman@sussmanshank.com
Andrea R. Meyer, WSBA 54286
ameyer@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Attorneys for Puget Sound & Pacific Railroad

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KOLBEY KESLER,<br><br>    Plaintiff,<br><br>v.<br><br>PUGET SOUND & PACIFIC RAILROAD, a Delaware corporation,<br><br>    Defendant. | Case No. 3:20-CV-06075-DGE<br><br>STIPULATION AND ORDER FOR DISMISSAL [FRCP 41]<br><br>NOTE ON MOTION CALENDAR:<br>August 17, 2022 |

Plaintiff, Kolbey Kesler, and Defendant, Puget Sound & Pacific Railroad, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated this 17th day of August, 2022.                    Dated this 17th day of August, 2022.

**Stipulated By**:

ROSSI VUCINOVICH P.C.                                   SUSSMAN SHANK LLP


*s/ James Vucinovich*                                   *s/ Timothy Coleman*
James K. Vucinovich, WSBA #29199                        Timothy J. Coleman, WSBA No. 43482
Coby Cohen, WSBA #30034                                 Andrea R. Meyer, WSBA No. 54286
Attorneys for Plaintiff                                 Attorneys for Puget Sound & Pacific Railroad

STIPULATION AND ORDER FOR DISMISSAL [FRCP 41] – Page 1
3:20-CV-06075-DGE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: <u>August 18th</u>, 2022.

David G. Estudillo
United States District Judge

Presented By:

SUSSMAN SHANK LLP


By  <u>   s/ Timothy Coleman            </u>
    Timothy J. Coleman, WSBA 43482
    Andrea R. Meyer, WSBA 54286
    1000 SW Broadway, Ste 1400
    Portland, OR 97205
    503-227-1111
    tcoleman@sussmanshank.com
    ameyer@sussmanshank.com
    Attorneys for Defendant

STIPULATION AND ORDER FOR DISMISSAL [FRCP 41] – Page 2
3:20-CV-06075-DGE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130